# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 9, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

162976(66)(67)

JOAN M. BROVINS and THOMAS H.
OEHMKE,
     Plaintiffs-Appellants,

v

PATRICK CANTWELL GUINAN, also known
as GUINAN, SR., and PATRICK ANDREW
GUINAN, also known as GUINAN, JR.,
     Defendants-Appellees.

_____/

SC: 162976
COA: 349861
Leelanau CC: 2018-010099-NO

On order of the Chief Justice, the motion of defendant-appellee Patrick Andrew Guinan, a/k/a Guinan, Jr., to extend the time for filing his answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before June 21, 2021. On further order of the Chief Justice, the motion of plaintiffs-appellants to supplement their application is GRANTED. The supplement submitted on June 7, 2021, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 9, 2021



Clerk